IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NELL FORTNER : | |
| : | CIVIL ACTION NO. 02-CV-3961 |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,


_____      _____
Hope S. Freiwald                                 Aline Fairweather


_____      _____
Alison T. Conn                                    Kirstin J. Miller


Dated:  August 14, 2002             DECHERT PRICE & RHOADS
                                                                 4000 Bell Atlantic Tower
                                                                 1717 Arch Street
                                                                 Philadelphia, PA  19103-2793
                                                                 (215) 994-4000